# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WENDELL THOMPSON

NO. 2020 KW 0318

**JULY 06, 2020**

---

In Re:    Wendell Thompson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 02-CR8-86387.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information/indictment, the commitment order, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. It is further noted that relator failed to set forth any specific claims or arguments in his application filed with this court. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before September 4, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                        JMM
                        MRT
                        WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT